UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DIRECTV, INC., a California corporation,

    Plaintiff,

  v.                        Case No. 03-C-1118

NICK PAL,

    Defendant.

## ORDER FOR DISMISSAL

THIS MATTER comes on regularly for review before the Court upon the stipulation of the parties. The Court is fully advised; NOW, THEREFORE,

IT IS ORDERED that this action against Defendant Nick Pal shall be and hereby is permanently dismissed with prejudice and without costs as stipulated by the parties.

DATED at Milwaukee, Wisconsin, this 6th day of January, 2006.

BY THE COURT:

s/ Rudolph T. Randa
Hon. Rudolph T. Randa
Chief Judge, United States District Court

-1-

Case 2:03-cv-01118-RTR   Filed 01/06/06   Page 1 of 1   Document 18